**Deny and Opinion Filed May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00579-CV
No. 05-14-00580-CV
No. 05-14-00581-CV

**IN RE MICHAEL LERON DOWDEN, Relator**

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-88-86782-1**
**Trial Court Cause No. F-88-86404-M**
**Trial Court Cause No. F-88-89370-M**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Relator has filed a petition for writ of mandamus. The facts and issues are well known to the parties, so we need not recount them herein. In a criminal case, an applicant for mandamus relief must establish that he has no adequate remedy at law to redress the harm he has suffered, and he must show that the act he seeks to compel or prohibit does not involve a discretionary or judicial decision. *Simon v. Levario*, 306 S.W.3d 318, 320 (Tex. Crim. App. 2009). The record before the Court shows relator has not met this standard. *See* TEX. R. APP. P. 52.8(a). Accordingly, we **DENY** the petition for writ of mandamus.

140579F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE